UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 21 AM 10:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alberto ISAAC-Ramirez,<br><br>Defendant | Magistrate Docket No. 07 MJ 2722<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 19, 2007** within the Southern District of California, defendant, **Alberto ISAAC-Ramirez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **NOVEMBER, 2007**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Alberto ISAAC-Ramirez**

## PROBABLE CAUSE STATEMENT

On November 19, 2007, at approximately 6:05 P.M., Border Patrol Agent E. Juarez responded to a seismic sensor activation in an area known as the Gravel Pit. This area is approximately a mile and a half west of the San Ysidro, California Port of Entry. The infrared-scope unit noticed a heat signature near the area and guided Agent Juarez to it. After a brief search Agent Juarez found an individual hiding in some brush approximately 200 yards north of the United States/Mexico International Boundary. Agent Juarez identified himself as a Border Patrol Agent and conducted an immigration inspection. The subject later identified as the defendant **Alberto ISAAC-Ramirez,** admitted to being a citizen and national of Mexico not in possession of any immigration documents that would allow him to be or remain in the United States legally. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 15, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.