1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, Ext. 13
   Facsimile:  (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Alberto Isaac-Ramirez
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                    **(HONORABLE IRMA E. GONZALEZ)**
10
   UNITED STATES OF AMERICA,       )    CASE NO.   07cr3344-IEG
11                                  )
                                    )    DATE:      January 22, 2008
12                                  )    TIME:      2:00 p.m.
             Plaintiff,             )
13 v.                               )    NOTICE OF MOTIONS:
                                    )
14                                  )    (1)   TO COMPEL DISCOVERY;
   ALBERTO ISAAC-RAMIREZ,           )    (2)   TO DISMISS INDICTMENT DUE
15                                  )          TO MISINSTRUCTION;
             Defendant.             )    (3)   TO DISMISS INDICTMENT FOR
16                                  )          FAILURE TO ALLEGE ELEMENTS
                                    )    (4)   TO STRIKE SURPLUSAGE; AND,
17                                  )    (5)   FOR LEAVE TO FILE FURTHER
                                    )          MOTIONS
18 _____  )    _____

19

20
   TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
21        NICLOE JONES, ASSISTANT UNITED STATES ATTORNEY:

22         PLEASE TAKE NOTICE that on January 22, 2008, at 2:00 p.m., or as soon thereafter

23 as counsel may be heard, the defendant, Alberto Issac-Ramirez, by and through his counsel,

24 Robert Rexrode, will ask this Court to enter an order granting the following motions.

25                                    **MOTIONS**

26         The defendant, Alberto Issac-Ramirez, by and through his attorney, Robert Rexrode,

27 pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

28 other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;
2) to dismiss the indictment due to misinstruction;
3) to dismiss the indictment for failure to allege elements;
4) to strike surplusage; and,
4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: January 8, 2008

 /s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorneys for Mr. Issac-Ramirez
robert_rexrode@rexrodelawoffices.com