AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALBERTO ISAAC-RAMIREZ | |
| | CASE NUMBER: 07CR3344-IEG |

I, <u>ALBERTO ISAAC-RAMIREZ</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alberto Isaac_
Defendant

_[signature]_
Counsel for Defendant

Before _Anna E. Gonzalez_
JUDICIAL OFFICER

wvr 1325_3ct.wpd