```
                                    FILED
                                 MAR 17 2008
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3344-IEG |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | **SUPERSEDING** |
| v. | ) | Title 8, U.S.C., Sec. 1325 – Illegal Entry (Misdemeanor); |
| ALBERTO ISAAC-RAMIREZ, | ) | Title 8, U.S.C., Sec. 1325 – Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about Oct. 2007, within the Southern District of California, defendant ALBERTO ISAAC-RAMIREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

NAJ:San Diego
2/26/08
Inf 1325 2CtMFF.wpd

## Count 2

On or about November 19, 2007, within the Southern District of California, defendant ALBERTO ISAAC-RAMIREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 14, 2008.

KAREN P. HEWITT
United States Attorney

NICOLE ACTON JONES
Assistant U.S. Attorney