**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, Ext. 13
Facsimile:  (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Alberto Isaac-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE IRMA E. GONZALEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  <br>  Plaintiff,  <br> v.  <br> ALBERTO ISAAC-RAMIREZ,  <br>  <br>  Defendant. | CASE NO.   07cr3344-IEG  <br>  <br> DATE:     none  <br> TIME:     none  <br>  <br> NOTICE OF MOTION & MOTION FOR:  <br>  <br> *NUNC PRO TUNC* APPOINTMENT OF COUNSEL |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       NICLOE JONES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that Robert Rexrode, counsel for Mr. Issac-Ramirez, is filing this motion for his *nunc pro tunc* appointment to Mr. Issac-Ramirez's case.

**MOTION**

Robert Rexrode, counsel for Mr. Issac-Ramirez, moves this Court for an order appointing Robert Rexrode counsel of record in this case, *nunc pro tunc* to December 1, 2007. On that date, counsel left Federal Defenders of San Diego, Inc. (FDSDI), and joined the Criminal Justice Act (CJA) panel for the Southern District of California. Mr. Issac-Ramirez's case was one of many cases counsel took with him from FDSDI. *See*, *e.g.*, In the Matter of Substitution of Counsel, attached as Exhibit A.  In an apparent oversight, Mr. Issac-Ramirez's case was not included in the list of cases transferred to counsel by this

1 | Court.

2 |     Counsel is unaware of any work done by FDSDI on Mr. Issac-Ramirez's case after
3 | November 30, 2007. Counsel worked exclusively on Mr. Issac-Ramirez's case from
4 | December 1, 2007, to its completion on March 17, 2008. For this reason, counsel requests
5 | the Court appoint him counsel of record, *nunc pro tunc* to December 1, 2007, to allow him
6 | to submit a voucher for payment under the CJA. Counsel has submitted a proposed order,
7 | via email, to the Court.

Respectfully submitted,

Dated: April 22, 2008

 /s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorney for Mr. Issac-Ramirez
robert_rexrode@rexrodelawoffices.com