# EXHIBIT A

1

2

3

4

**FILED**

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10   In the Matter of                    )
     Substitution of Counsel,            )
11                                       )    **ORDER**
                                         )    **FOR SUBSTITUTION OF COUNSEL**
12   ROBERT H. REXRODE, III, Esq.        )    **AND NOTICE OF APPEARANCE**
                                         )
13   _____)

14            **IT IS HEREBY ORDERED** that Robert H. Rexrode, III, upon her departure from Federal

15   Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego,

16   California, 92101, Phone (619) 233-3169, Fax (619) 330-4521, Email

17   *robert_rexrode@rexrodelawoffices.com* be substituted as appointed counsel and that Federal Defenders be

18   relieved in the following cases as listed in the attached, effective after November 30, 2007.

19            **SO ORDERED.**

20

21   DATE: December 4, 2007

22   **HONORABLE IRMA E. GONZALEZ**
     Chief Judge, United States District Court
23   Southern District of California

24

25

26

27

28

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ROBERT H. REXRODE, III, ESQ., CALIFORNIA BAR NO. 230024 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007**

### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE | | | |
|---|---|---|---|---|
| U.S. v. Mario Barron-Galvan | 07cr3173-H | 12/18/07 | PLEA | MLH |
| U.S. v. Perla Masiel Leon-Estrada | 3201-BEN 07cr3087-DMS | | | |
| U.S. v. Blanca Estrella Garcia   07CR3087-DMS | 07mj2511-01 | 02/15/08 | SENT | DMS |
| U.S. v. Neri Isidro Carrasco | 07cr3007-L | 12/03/07 | MHTS | MJL |
| U.S. v. Virgilio A. Medina | 01cr2051-W | 12/03/07 | OSC | TJW |
| U.S. v. Mark Alan Neel | 07mj2653-02 | 12/13/07 | PE | NLS |
| U.S. v. William Thomas Aston | 06cr1683-WQH-01 | | | |
| U.S. v. Janet Gonzalez | 07mj2669 | 12/13/07 | PE | NLS |
| U.S. v. Miguel Angel Garcia-Duarte | 07mj2671 | 12/13/07 | PE | NLS |
| U.S. V. Carmelo Beas-Hernandez | 07cr2098-LAB-01 | 12/11/07 | OSC | LSP |
| U.S. v. Richard W. Gearhart | 07mj2680 | 12/04/07 | PE | NLS |
| U.S. v. Noe Antonio Enriquez | 07cr2436-BTM | 02/08/08 | SENT | BTM |
| U.S. v. Liborio Calixto-Castro | 07cr2555-DMS | 01/11/08 | SENT | DMS |
| U.S. v. Yvonne Ann Martinez | 07mj2688 | 12/04/07 | PE | JMA |
| U.S. v. Miguel Cedeno-Martinez 07CR3270-w 07mj2658-01 | | 12/13/07 | PE | NLS |
| U.S. v. Jose Baudlio Gastelum, Jr. | 07mj8932 | 12/04/07 | PE | PCL |
| U.S. v. Luis Juan Conchas | 07cr0898-LAB | 01/28/08 | SENT | LAB |
| U.S. v. Ivan Oliver George | 07cr0204-JAH | 03/03/08 | MTN | JAH |
| U.S. v. Javier Soto-Castro | 07mj8945 | 12/06/07 | PE | PCL |
| U.S. v. Julio Hernandez-Morales | 07cr2716-W | 01/15/08 | SENT | TJW |
| U.S. v. Eduardo Hernandez-Bahena | 07cr2674-DMS | | | DMS |
| U.S. v. Eduardo Hernandez-Bahena | 07cr2871-DMS | 01/18/08 | MHTS | DMS |
| U.S. v. Larry Duane Hoze | 06cr2279-BEN-01 | 01/22/08 | OSC | BEN |
| U.S. v. Larry Duane Hoze | 07cr2285-BEN | 01/22/08 | SENT | BEN |

| | | | | | |
|---|---|---|---|---|---|
| 1 | U.S. v. Javier De La Cruz-Medina | 07cr0272-DMS | 12/14/07 | SENT | DMS |
| 2 | U.S. v. Fidel Landa-Sanchez | 07cr1438-H | 12/03/07 | SENT | MLH |
| 3 | U.S. v. Carlos Estrada-Jimenez | 07cr3209-JLS | 12/21/07 | MHTS | JLS |
| 4 | U.S. v. Kevin Tod Frazier | 07cr1960-DMS | 12/21/07 | SENT | DMS |

5
### UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### SOUTHERN DISTRICT CASES ON APPEAL
6

7
**_CASE NAME_**          **_CASE NOS._**          **_STATUS_**

8
*U.S. v. Lamont Craig Biggs*      *07-50490, 02cr0597-GT*      *Opening Brief due 1/29/08*

9
**_End of District Court Cases on Appeal_**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

**FILED**

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  | In the Matter of                    )
11  | Substitution of Counsel,            )
    |                                     )    **ORDER**
12  |                                     )    **FOR SUBSTITUTION OF COUNSEL**
    | ROBERT H. REXRODE, III, Esq.        )    **AND NOTICE OF APPEARANCE**
13  | _____ )

14          **IT IS HEREBY ORDERED** that Robert H. Rexrode, III, upon her departure from Federal

15  Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego,

16  California, 92101, Phone (619) 233-3169, Fax (619) 330-4521, Email

17  *robert_rexrode@rexrodelawoffices.com* be substituted as appointed counsel and that Federal Defenders be

18  relieved in the following cases as listed in the attached, effective after November 30, 2007.

19          **SO ORDERED.**

20

21  DATE December 4, 2007

22                                          **HONORABLE IRMA E. GONZALEZ**
                                            Chief Judge, United States District Court
23                                          Southern District of California

24
25
26
27
28

1    ### CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO
2    ### ROBERT H. REXRODE, III, ESQ., CALIFORNIA BAR NO. 230024
     ### AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007

3    ### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE | | | |
|---|---|---|---|---|
| U.S. v. Benito Mata | 07cr2527-H | 11/22/08 | MHTS | MLH |
| U.S. v. Miguel Nolasco-Hernandez | 07cr3010-JAH | 02/25/08 | SENT | JAH |
| U.S. v. Carlos Palomares-Lopez | 07cr2629-IEG | 01/07/08 | SENT | MLH |
| U.S. v. Israel Flores-Rodriguez | 04cr2061-BTM | 12/03/07 | EVID | BTM |
| U.S. v. Angel Seaman-Verdugo | 07cr2347-BEN | 12/03/07 | SENT | BEN |
| U.S. v. Joshua David Shuffield | 07cr2504-W | | | |

1