**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Alberto Isaac-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.  07cr3344-IEG |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| ALBERTO ISAAC-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | _____ |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Nicole Jones, Assistant United States Attorney
    nicole.jones@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

    /s/    Robert H. Rexrode
_____

Dated: April 22, 2008    **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com