UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3344-IEG |
| Plaintiff, ) | |
| v. ) | **ORDER APPOINTING COUNSEL *NUNC PRO TUNC* TO DECEMBER 1, 2007** |
| ALBERTO ISAAC-RAMIREZ, ) | |
| Defendants. ) | |

Counsel, Robert H. Rexrode, III, 427 C Street, Suite 300, San Diego, California, 92101, is appointed to this case under the Criminal Justice Act. His appointment is to be effective as of December 1, 2007.

**SO ORDERED.**

**DATED: April 23, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**